UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-80473-CIV-LYNCH

CAROL LICHTERMAN, as personal
representative of the Estate of
Howard Lichterman, et al.,

      Plaintiffs,

v.

PAUL A. MORABITO,

      Defendant.
_____/

FILED by ___ D.C.

OCT 15 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER ON PLAINTIFFS' MOTION TO DISMISS DEFENDANT MORABITO'S COUNTERCLAIM [D.E. #11] AND PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES OF DEFENDANT PAUL MORABITO'S COUNTERCLAIM [D.E. #13]

**THIS CAUSE** having come on to be heard upon the aforementioned motions and this Court having reviewed the motions and noting that no response has been filed thereto, this Court makes the following findings:

1. The Motion to Dismiss Counterclaim was filed September 12, 2002. No response has been filed thereto. The time for responding has long since expired.

2. The Motion to Dismiss seeks dismissal of the counterclaim and shall be granted based upon Morabito's failure to respond thereto.

3. The Motion to Strike Affirmative Defenses seeks to strike the third, fourth, fifth, seventh and eighth affirmative defenses. Likewise, this motion was filed on September 12, 2002, and has not been responded to by Morabito. The time for responding has expired. The motion shall be granted.

It is therefore

**ORDERED AND ADJUDGED** that the Motion to Dismiss is **GRANTED** and the Morabito counterclaim is hereby DISMISSED with prejudice, it is further

**ORDERED AND ADJUDGED** that the Motion to Strike Affirmative Defenses is **GRANTED** and the third, fourth, fifth, seventh and eighth affirmative defenses filed by Morabito are hereby STRICKEN.

**DONE AND ORDERED** this 15 day of October, 2002, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:

Amy S. Rubin, Esq.
222 Lakeview Avenue
Suite 800
West Palm Beach, FL 33401

Edward M. Waller, Esq.
501 East Kennedy Boulevard
Suite 1700
Tampa, FL 33602

Laura E. Anthony, Esq.
120 South Olive Avenue
Suite 208
West Palm Beach, FL 33401

Sidney A. Stubbs, Jr., Esq.
505 South Flagler Drive
Suite 1100
P.O. Box 3475
West Palm Beach, FL 33402-3475